IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv–1642-PSF-MEH

CHARLES ELLIOT HARRIS, JR.,

    Plaintiff,

v.

ROBERT FITZGIBBONS 97029, and
ANTHONY WILKERSON 05161,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 2 9 2007

GREGORY C. LANGHAM
CLERK

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

This cause came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to F.R.Civ.P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

DATED:  March 26, 2007

BY THE COURT:

*s/ Lewis T. Babcock / for*

_____

Phillip S. Figa
United States District Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.   06-cv-01642-PSF-MEH

Charles Elliot Harris, Jr.
Prisoner No. 1498836
Denver County Jail
PO Box 1108
Denver, CO 80201

US Marshal Service
Service Clerk
Service forms for: Robert Fitzgibbons, and Anthony Wilkerson,


     I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Robert Fitzgibbons, and Anthony Wilkerson: AMENDED COMPLAINT FILED 2/27/07, ORDER FILED 3/8/07, SUMMONS,  AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE  on 3/29/07___.

GREGORY C. LANGHAM, CLERK

By_____
                    Deputy Clerk